IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:22-CR-683 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| RAVI PODAR, | ) | MOTION TO TRANSFER RELATED |
| EDWARD ROSENBERG, | ) | CASE TO THE DOCKET OF JUDGE |
| | ) | CALABRESE |
| Defendants. | ) | |

Pursuant to Local Rule 57.9(b)(3), the United States respectfully notifies the Court that this case is related to the earlier-filed cases of *United States v. Antonio Palazzolo* (1:22-CR-369), *United States v. James Gagliardini* (1:22-CR-370), *United States v. Michael Shumak* (1:22-CR-371), and *United States v. Jack Kronis* (1:22-CR-282), which are currently pending on the docket of Judge J. Philip Calabrese.  Given the relationship between these cases, the government moves to transfer this indictment to Judge Calabrese's docket.

Northern District of Ohio Local Criminal Rule 57.9(b)(3), which governs related cases, provides as follows:

> (3) Related cases. A case may be re-assigned as related to an earlier assigned case with the concurrence of both the transferee and the transferor Judicial Officers. There is a presumption of the Court not to re-assign a case when the earlier case is closed. The United States Attorney's Office shall, in any case which is, or might be considered, related to another case, file a motion/notice with both Judicial Officers advising the Court of the relationship. A new violation resulting in a federal indictment or information may be considered related to the previously filed case. The United States Attorney's Office shall notify the Court pursuant to this paragraph.

NDOH Loc. R. 57.9(b)(3).

All of these cases involve a telemarketing fraud scheme committed by Paragon International Wealth Management ("Paragon"), a Canadian company that sold colored diamonds to individuals in the United States and Canada. As detailed in the charging documents, Paragon defrauded its diamond customers through false sales pitches, staged auctions, and inflated appraisals. During the investigation, the government identified approximately 200 victims.

Between May and July 2022, the government filed informations against four individuals who worked at Paragon: James Gagliardini, Michael Shumak, Jack Kronis, and Antonio Palazzolo. Those four cases were initially assigned to different district judges, but were eventually transferred to the docket of Judge Calabrese as related cases under NDOH Local Rule 57.9(b)(3). James Gagliardini and Jack Kronis have been sentenced by Judge Calabrese and are both scheduled for a restitution hearing on January 15, 2025. Michael Shumak and Antonio Palazzolo are currently pending sentencing before Judge Calabrese in 2025.

This indictment, which was filed after those four informations, charges Defendants Ravi Podar and Edward Rosenberg with participating in the Paragon fraud scheme. As set forth in this indictment, Ravi Podar established Paragon in 2013 and participated in the fraud scheme, and Edward Rosenberg worked at Paragon and defrauded victims into investing money in the fraud scheme.

Because all of these cases involve the same fraud scheme and the same victims, the government believes there are common factual and legal issues, including calculation of loss amount under the Guidelines, calculation of restitution, review of victim impact statements, and assessment of relative role and culpability in the fraud scheme. Accordingly, the government believes it would promote judicial economy to transfer this indictment to Judge Calabrese's

docket, where the four related cases are pending.  But the government will ultimately defer to the Court on whether reassignment is appropriate.

In accordance with NDOH Local Rule 57.9(b)(3), the government is filing notices of this related case on Judge Calabrese's docket.

                    Respectfully submitted,

                    REBECCA C. LUTZKO
                    United States Attorney

By:   /s/ James P. Lewis
        James P. Lewis (MD: 1412170148)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3958
        (216) 522-8355 (facsimile)
        James.Lewis@usdoj.gov